UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRENCE A. COLBERT,<br>Plaintiff | )<br>)<br>)<br>) | CIVIL ACTION NO. 3:20-CV-1066<br><br>(MANNION, D.J.) |
| v. | )<br>)<br>) | (ARBUCKLE, M.J.) |
| ALLSTATE PROPERTY AND<br>CASUALTY INSURANCE<br>COMPANY, *et al.*,<br>Defendants | )<br>)<br>)<br>) | |

**ORDER**

*Motion to Compel Discovery, Doc. 49*

For the reasons stated in the accompanying Memorandum Opinion it is hereby ordered that:

1. Plaintiff's request for in camera review of withheld documents (Doc. 49, p. 3) is DENIED.

2. Plaintiff's Motion to Compel Discovery (Doc. 49) is DENIED.

Date: April 7, 2023                BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
United States Magistrate Judge